## Cornell *vs.* Allen and Talmadge.

MOTION to have Judgment of Non-fuit for not bringing on the Caufe to Trial, fet afide.

The Suit was againſt the Defendants *jointly*, on a promiſſory Note. *Talmadge* only was brought in, and he employed an Attorney. The Note was afterwards, by Agreement between *Allen* and a third Perſon, taken up, and the Coſts paid by that Perſon to the Plaintiff's Attorney. The Attorney employed by *Talmadge*, notwithſtanding he was informed by the Plaintiff's Attorney, that the Note was ſo taken up, and the Coſts paid, filed a Plea, the general Iſſue, and ſerved a Copy on the Plaintiff's Attorney; and in a ſubſequent Term, after there had been a Circuit in the County, obtained the above Rule for Judgment of Nonſuit.

Judgment ſet aſide; and the Attorney employed by *Talmadge* ordered to pay to the Plaintiff's Attorney the Coſts of this Motion.